

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————————

No. 02-23-00286-CR

———————————————————

DALPHINES CHIDIEBERE, Appellant

V.

THE STATE OF TEXAS

---

On Appeal from Criminal District Court No. 1
Tarrant County, Texas
Trial Court No. 1747260

---

Before Kerr, Birdwell, and Wallach, JJ.
Memorandum Opinion by Justice Wallach

Appellant Dalphines Chidiebere pled guilty without a plea bargain to two counts of indecency with a child by contact. *See* Tex. Penal Code Ann. § 21.11(a)(1), (c), (d). After ordering and reviewing a presentence investigation report, the trial court convicted Chidiebere of both second-degree felonies; sentenced him to five years' confinement on each, well within the punishment range; and ordered that the sentences run concurrently. *See id.* §§ 3.03(b)(2)(a), 12.33(a), 21.11(d). Chidiebere timely appealed.

Chidiebere's appointed counsel has filed a motion to withdraw and a brief complying with *Anders v. California*, representing that the appeal is frivolous. 386 U.S. 738, 744–45, 87 S. Ct. 1396, 1400 (1967). Counsel's brief and motion meet the requirements of *Anders* by presenting a professional evaluation of the record and by demonstrating why there are no arguable grounds for relief. *See id.*; *In re Schulman*, 252 S.W.3d 403, 406–12 (Tex. Crim. App. 2008) (orig. proceeding). This court gave Chidiebere the opportunity to file a pro se response to the *Anders* brief, but he did not do so; likewise, the State did not file a brief.

After an appellant's court-appointed attorney files a motion to withdraw on the ground that an appeal is frivolous and fulfills the requirements of *Anders*, we must independently examine the record for any arguable ground that may be raised on the appellant's behalf. *See Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991).

Only then may we grant counsel's motion to withdraw. *See Penson v. Ohio*, 488 U.S. 75, 82–83, 109 S. Ct. 346, 351 (1988).

We have carefully reviewed the record and counsel's brief. We agree with counsel that this appeal is wholly frivolous and without merit; we find nothing in the record before us that arguably might support the appeal. *See Bledsoe v. State*, 178 S.W.3d 824, 827–28 (Tex. Crim. App. 2005); *see also Meza v. State*, 206 S.W.3d 684, 685 n.6 (Tex. Crim. App. 2006). We therefore grant counsel's motion to withdraw and affirm the trial court's judgments.

/s/ Mike Wallach
Mike Wallach
Justice

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered: July 25, 2024